**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JILLIAN DENNIS,

                           Case No.  2:15-cv-04304

          Plaintiff,                **NOTICE OF VOLUNTARY**

          v.                       **DISMISSAL PURSUANT TO**

ISLAND FINANCE d/b/a BRIGHTSTAR CASH        **F.R.C.P. 41(a)(1)(A)(i)**

          Defendant.

-----------------------------------------------------------x

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jillian Dennis and her counsel hereby give notice that she voluntarily dismisses her claim against the Defendant  with each side to bear its own fees and costs.

Dated:  May 19, 2016               Edward B. Geller, Esq., P.C. by

                                          _____

                                        Edward B. Geller, Esq.

                                        Attorney for Plaintiff