UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

JILLIAN DENNIS,

Plaintiff,

v.

ISLAND FINANCE d/b/a BRIGHTSTAR CASH

Defendant.

------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 23 2016   ★

LONG ISLAND OFFICE

Case No.  2:15-cv-04304

**NOTICE OF VOLUNTARY**

**DISMISSAL PURSUANT TO**

**F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiff Jillian Dennis and her counsel hereby give notice that she

voluntarily dismisses her claim against the Defendant with each side to bear its

own fees and costs.

Dated:  May 19, 2016

*The Clal of the Court shall close the case.*

Edward B. Geller, Esq., P.C. by

Edward B. Geller, Esq.

Attorney for Plaintiff